ESTATE OF HAPP: HENNIG and another, Appellants, vs. STANHILBER and another, Respondents.

For the appellants: *D. K. Allen* and *Lewis C. Magnusen,* city attorney, both of Oshkosh.

For the respondents: *Williams & Williams* and *Thompson, Gruenewald & Frye,* all of Oshkosh.

*By the Court.*—Order and judgment affirmed.

GREAT NORTHERN LIFE INSURANCE COMPANY, Respondent, vs. PETERSEN, Appellant.

For the appellant: *Gorman, Boileau & Park* of Wausau, attorneys, and *Lowell T. Thronson* and *Norris E. Maloney,* both of Madison, of counsel.

For the respondent: *Genrich & Genrich,* attorneys, and *Miles Lambert* of counsel, all of Wausau.

*By the Court.*—Judgment affirmed.

BARRETT, Special Administratrix, Appellant, vs. MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RAILWAY COMPANY, Respondent.

For the appellant: *Hile & Dahl* of Superior, and *Ryan & Scanlon* of Duluth, Minnesota.

For the respondent: *Hayes & Hayes* of Milwaukee, and *Powell & Sprowls* of Superior, attorneys, and *Robert I. Hayes* of Milwaukee of counsel.

*By the Court.*—Judgment affirmed.